## COBB *v.* INDIANAPOLIS LIGHT AND HEAT COMPANY.

[No. 14,014. Filed June 12, 1930. Rehearing denied November 20, 1930.]

*Robert R. Dalton,* for appellant.
*William H. Thompson, Albert L. Rabb, Thomas D. Stevenson* and *Thomas A. Stewart,* for appellee.

PER CURIAM.—Affirmed.

## KOCH, GUARDIAN, *v.* NU GRAPE BOTTLING COMPANY ET AL.

[No. 14,089. Filed November 20, 1930.]

*George O. Lehman,* for appellant.
*Ralph B. Gregg,* for appellees.

PER CURIAM.—Affirmed.

## BRIDGES *v.* KEUTEMEIER.

[No. 14,121. Filed November 26, 1930.]

*F. E. Schortemeier, Robert K. Eby, Joseph G. Wood* and *Riley B. Fullen,* for appellant.
*Slaymaker, Merrell, Ward & Locke* and *James V. Donadio,* for appellee.

PER CURIAM.—Affirmed.